928 F.2d 395
 Adams (Tim Lee)
v.
McAllister (Ralph G.), Dowling (John C.), Hoover (Todd),
Hicks (Joel E.), Kelly (John), Wertz (Daniel), Williams
(Edward R.), Watson (Kathy), Alvord (Lawrence E.), Walker
(George Michael), Stapleton (Eugene), Huff (Margarte), Doan
(Martha Tetlow), McLean (Rose), Swoyer (Sarah V.), Pae
(Kerry), Minich (John), Unknown Defendants
 NO. 90-5812
 United States Court of Appeals,
Third Circuit.
 FEB 06, 1991
 
 Appeal From: M.D.Pa.,
 Rambo, J.
 
 
 1
 AFFIRMED.